**Electronically Filed
Supreme Court
SCWC-23-0000597
04-MAR-2026
02:33 PM
Dkt. 10 ODAC**

SCWC-23-0000597

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

RENARD C. DAVIS,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000597; CASE NO. 1DTC-23-038189)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ., and
Circuit Judge Morikawa, assigned by reason of vacancy)

Petitioner Renard C. Davis's Application for Writ of

Certiorari, filed on February 2, 2026, is hereby rejected.

DATED: Honolulu, Hawai'i, March 4, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Trish K. Morikawa

